# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0418
LT Case No. 2013-CF-0957

_____

JOSEPH LUIS LEVIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Joseph Luis Levin, Monticello, pro se.

Ashley Moody, Attorney General, and Adam Wilson, Assistant Attorney General, Tallahassee for Appellee.

February 9, 2024

PER CURIAM.

The First District Court of Appeal previously denied Appellant's petition for writ of mandamus stemming from this Nassau County Circuit Court Case No. 2013-CF-957. Because it appears that Appellant's filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court asserting claims stemming from Nassau County Circuit Court Case No. 2013-CF-0957 may result in sanctions,

such as a bar on pro se filings in this Court. *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

JAY, HARRIS, and KILBANE, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––